# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

Case Number: 3:04CR77-V

FILED IN COURT CHARLOTTE, N. C.

OCT - 4 2005

U. S. DISTRICT COURT
W. DIST. OF N. C.

| | |
|---|---|
| United States of America ) | |
| ) | |
| Plaintiff, ) | |
| Vs. ) | **ORDER** |
| ) | |
| Ernest LaSalle Walker ) | |
| ) | |
| Defendant ) | |

The parties are hereby directed to maintain all exhibits offered and admitted in the above entitled case by either party during, following trial and appeal period; and

IT IS ORDERED that the Clerk is hereby relieved of all responsibility for said exhibits.

This 4th day of October, 2005.

_____
United States Judge Presiding